STELLA WECHSLER et al., as Executors of SIGMUND WECHSLER, Deceased, Appellants, *v.* ABRAHAM M. BOWMAN et al., Formerly Copartners under the Firm Name of BYRNE & BOWMAN et al., Respondents.

Submitted May 19, 1941; decided June 12, 1941.

Motion for reargument denied. Motions to amend remittitur granted. Return of remittitur requested and and when returned it will be amended to read as follows:

" Judgments reversed and judgment directed against the defendants William J. Byrne, as administrator of the goods, chattels and credits of John Byrne, deceased, Abraham M. Bowman and Byrne & Bowman, Inc., for the sum of $8,700 with interest from March 3, 1928, and with costs in all courts.

" Judgments as to Stewart Forshay and Jacob Applebaum, as administrator of the goods, chattels and credits of Nathan Applebaum, deceased, affirmed without costs." (See 285 N. Y. 284.)